■ In the Matter of HERBERT CARR, as Chairman of the Liberal Party Judicial Convention, 10th Judicial District, Respondent, v NEW YORK STATE BOARD OF ELECTIONS, Appellant.—In a proceeding to validate certificates of nomination designating Raymond L. Wilkes, Douglas F. Young and Paul J. Widlitz as candidates of the Liberal Party in the general election to be held on November 4, 1975 for the public office of Justice of the Supreme Court, Tenth Judicial District, the appeal is from a judgment of the Supreme Court, Nassau County, entered October 23, 1975, which granted the application. Judgment affirmed, without costs (Election Law, § 330; cf. *Matter of Bates v Beyer,* 36 AD2d 735). We note that upon the oral argument of this appeal the question of proper venue was specifically withdrawn. Rabin, Acting P. J., Martuscello, Cohalan, Christ and Shapiro, JJ., concur.

■ In the Matter of ROBERT C. FANELLI, Appellant, v ALBERT T. HAYDUK et al., Constituting the Board of Elections of the County of Westchester, et al., Respondents.—In a proceeding to invalidate a petition nominating respondent Eleanor P. Samela as a candidate of the Public Advocate Party in the general election to be held on November 4, 1975 for the public office of Councilman in the City of New Rochelle, the appeal is from a judgment of the Supreme Court, Westchester County, dated October 27, 1975, which dismissed the petition in the proceeding for lack of jurisdiction. Judgment affirmed, without costs (cf. *Matter of Butler v Hayduk,* 37 NY2d 497). Rabin, Acting P. J., Martuscello, Cohalan, Christ and Shapiro, JJ., concur.

■ In the Matter of LEO KORNFELD, Respondent, v FRANK COVENEY et al., Constituting the Board of Elections of the County of Suffolk, Respondents, and EDITH CROSLEY, Appellant. In the Matter of FRANK P. DE LUCA, Appellant, v FRANK COVENEY et al., Constituting the Board of Elections of the County of Suffolk, et al., Respondents. In the Matter of EDITH CROSLEY, Appellant, v BOARD OF ELECTIONS OF THE COUNTY OF SUFFOLK et al., Respondents. —In three consolidated proceedings, one to validate and two to invalidate a petition nominating respondent Kornfeld as the candidate of the Probate Reform Party in the general election to be held on November 4, 1975 for the public office of Surrogate of Suffolk County, the appeal is from a judgment of the Supreme Court, Suffolk County, entered October 27, 1975, which granted the application of respondent Kornfeld, adjudged his nominating petitions valid and denied appellants' applications. Judgment affirmed, without costs. We have examined the buff cards of Leo Kornfeld, Hilda B. Morris and Cherry Berson and have taken judicial notice of the fact that these persons are enrolled Democrats. In view of the fact that they did not vote in a primary election this year which involved a contest for Surrogate, subdivision 10 of section 138 of the Election Law does not require that their signatures as subscribing witnesses on the nominating petitions of Leo Kornfeld be invalidated. Rabin, Acting P. J., Martuscello, Cohalan, Christ and Shapiro, JJ., concur.